473

**No. 43666.**—Protest 840528–G of F. W. Woolworth Co. (Seattle).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bridge table pencil holders plated with silver. The claim at 50 percent under paragraph 339 was therefore sustained on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).

**No. 43667.**—Protest 22435–K of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43668.**—Protests 9845–K, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43669.**—Protest 5897–K of Sprouse-Reitz Co., Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of flower vases, photo frames, relish dishes, milksets, candle holder, etc., not plated. On the authority of Abstracts 39482 and 43052 the claim at 40 percent under paragraph 339 was sustained.

**No. 43670.**—Protest 3689–K of Wilmer Stewart (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of andirons the same as those passed upon in Abstract 38069. The claim 'at 40 percent under paragraph 339 was therefore sustained.